**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Criminal Action No. 11-cr-00339-WJM

UNITED STATES OF AMERICA,

   Plaintiff,

v.

1.    JEFFREY ALLAN MUELLER,

   Defendant.
_____

**ORDER GRANTING MOTION FOR PROTECTIVE ORDER**
_____

   THIS MATTER comes before the Court on the Government's Motion to enter an

Order of Protection (ECF No. 20).  Having reviewed the Motion and being otherwise

fully apprised, the Court makes the following findings:

   1.    Due to the nature of the charges, the privacy protection measures set forth

         below and afforded under the Child Victims' and Child Witnesses' Rights

         Act (the "Act"), 18 U.S.C. § 3509, including § 3509(d), apply to this case.

   2.    The Act affords certain protections to child victims and child witnesses,

         including requiring the parties and other personnel to maintain the

         confidentiality of any information or discovery pertaining to the victim,

         maintain the confidentiality of the minor victim's identity in all public filings

         and court proceedings, and file under seal without the necessity of a Court

order any filings that disclose the identity or other personal information of the minor victim.

3.      Due to the nature of the case, the Court finds that there is a significant possibility that disclosure to the public of the names or other information concerning any minor victims or witnesses in this case would be detrimental to the minors.

4.      The defendant does not object to the entry of an order of protection pursuant to 18 U.S.C. § 3509(d).

NOW, THEREFORE, good cause being shown, the Court hereby ORDERS as follows:

      (a)    All persons acting in this case in a capacity described in 18 U.S.C. § 3509(d)(1)(B) shall, during all pretrial proceedings in this case, refer to any minors involved by a moniker such as "Minor #1" for each such minor;

      (b)    The name and all identifying information regarding any minor victim or witness shall be maintained as confidential without the necessity of a court order, pursuant to and in compliance with 18 U.S.C. § 3509(d)(1), and all papers to be filed in court that disclose the name or other information concerning a child shall be filed under seal without necessity of obtaining a court order, pursuant to and in compliance with 18 U.S.C. § 3509(d)(2); and

(c)     Counsel for the Government and counsel for Defendant shall

provide one another with an unredacted copy of any redacted

pleading filed in this case, provided that such pleading is not filed *in*

*camera* with the Court.


Dated this 2nd day of September, 2011.

BY THE COURT:

William J. Martínez
United States District Judge