IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Criminal Action No. 11-cr-00339-WJM

UNITED STATES OF AMERICA,

 Plaintiff,

v.

1. JEFFREY ALLAN MUELLER,

 Defendant.
_____

## PRELIMINARY ORDER OF FORFEITURE
_____

  This matter comes before the Court on the United States' Motion for Preliminary Order of Forfeiture pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure. The Court having reviewed the Motion and finding good cause, and being fully advised hereby GRANTS the Government's motion (ECF No. 58) and FINDS as follows:

1. That on July 9, 2012, the United States and defendant Jeffrey Allan Mueller entered into a Plea Agreement, which provides a factual basis and cause to issue a forfeiture order under Title 18, United States Code, Section 2253 and Rule 32.2 of the Federal Rules of Criminal Procedure. (ECF No. 47).

2. That the requisite nexus exists between the subject property and the offenses defendant Jeffrey Allan Mueller plead guilty to.

3. That prior to the disposition of the assets, the United States, or its designated sub-custodian, is required to seize the forfeited property and provide notice to any third parties pursuant to 21 U.S.C. § 853(n).

It is therefore ORDERED that the defendant Jeffrey Allan Mueller's interest in the following:

a. MacBook Computer, Serial Number W8949F9J66D;

b. Seagate FreeAgent GoFlex 1TB hard drive, NA0BAF0L; and

c. Computer storage devices and cameras seized from defendant's residence on July 25, 2011 and August 12, 2011;

is forfeited to the United States in accordance with Title 18 U.S.C. § 2253.  Pursuant to Federal Rule of Criminal Procedure 23.2.(b)(4), this Preliminary Order of Forfeiture shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment.

THAT the United States is directed to seize the property subject to forfeiture, and further to make its return as provided by law;

THAT the United States shall publish notice of this Preliminary Order of Forfeiture in accordance with 21 U.S.C. § 853(n) via a government website for at least thirty consecutive days;

THAT upon adjudication of all third-party interests, if any, the Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. § 2253 and Rule 32.2(c)(2) of the Federal Rules of Criminal Procedure, in which all interests will be addressed.

THAT this Preliminary Order of Forfeiture may be amended pursuant to Rule 32.2(e)(1) of the Federal Rules of Criminal Procedure.

The Court shall retain jurisdiction to enforce this Order and adjudicate the interests of all third-parties in ancillary proceedings. Fed. R. Crim. P. 32.2(e)(1).

DATED this 2nd day of October, 2012.

BY THE COURT:

William J. Martínez
United States District Judge